PAUL V. LANKFORD, CA BAR NO. 181506
EVAN C. NELSON, CA BAR NO. 172957
LYNN R. FIORENTINO, CA BAR NO. 226691
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
DORMAN LONG TECHNOLOGY, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK and MARIE CLICK, <br><br> Plaintiffs, <br><br> vs. <br><br> DORMAN LONG TECHNOLOGY, LIMITED et al., <br><br> Defendants. | USDC Case No: C 06 1936 JCS <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO UNVERIFIED COMPLAINT FOR DAMAGES** |

This stipulation is made by and between plaintiffs Robert Click and Marie Click ("plaintiffs") and defendants Dorman Long Technology Limited ("DLT"), Michael Charles Wade, David John Rolton, Robert Dodd and David John Dryer (collectively "defendants"), by and through their respective attorneys of record, The Arns Law Firm and Thelen Reid & Priest, LLP.

**RECITALS**

The stipulation is based on the following facts:

1. Defendants were served with plaintiffs' Unverified Complaint for Damages and Demand for Jury Trial ("the Complaint") on or about April 27, 2006.

2. Pursuant to Federal Rules of Civil Procedure 12(a)(1)[A], defendants' response to the Complaint is due by May 17, 2006.

SF #1067236 v1  -1-

3. The parties agree that defendants are granted an extension up to and including May 31, 2006 within which to respond to the Complaint.

Dated: May 18, 2006

THELEN REID & PRIEST LLP

By _____
Paul V. Lankford
Attorneys for Defendant
DORMAN LONG TECHNOLOGY LIMITED

Dated: May ___, 2006

THE ARNS LAW FIRM

Digitally signed by Morgan Smith
DN: cn=Morgan Smith, c=US, o=The Arns Law Firm, email=mcs@arnslaw.com
Date: 2006.05.18 16:37:12 -07'00'

By _____
Morgan C. Smith
Attorneys for Plaintiffs
ROBERT CLICK and MARIE CLICK

### [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Joseph C. Spero
United States Magistrate Judge