1   PAUL V. LANKFORD, CA BAR NO. 181506
    EVAN C. NELSON, CA BAR NO. 172957
2   LYNN R. FIORENTINO, CA BAR NO. 226691
    THELEN REID & PRIEST LLP
3   101 Second Street, Suite 1800
    San Francisco, California 94105
4   Telephone: (415) 371-1200
    Facsimile: (415) 371-1211
5
    Attorneys for Defendant
6   DORMAN LONG TECHNOLOGY, LIMITED

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  ROBERT CLICK and MARIE CLICK,          USDC Case No: C 06 1936 SI

11
                    Plaintiffs,            **STIPULATION AND PROPOSED**
12                                         **ORDER EXTENDING TIME TO**
                                           **RESPOND TO UNVERIFIED**
13       vs.                               **COMPLAINT FOR DAMAGES**

14  DORMAN LONG TECHNOLOGY,
    LIMITED et al.,
15
                    Defendants.
16

17          This stipulation is made by and between plaintiffs Robert Click and Marie Click

18  ("plaintiffs") and defendants Dorman Long Technology Limited ("DLT"), Michael Charles Wade,

19  David John Rolton, Robert Dodd and David John Dryer (collectively "defendants"), by and

20  through their respective attorneys of record, The Arns Law Firm and Thelen Reid & Priest, LLP.

21                              **RECITALS**

22          The stipulation is based on the following facts:

23          1.      Defendants in this case are four individuals and a company residing outside of the

24  United States, in the United Kingdom.

25          2.      Plaintiffs filed their Unverified Complaint for Damages and Demand for Jury Trial

26  ("Complaint") on or about March 14, 2006.

27          3.      Plaintiffs served their Complaint on or about April 27, 2006.

28
    SF #1071308 v1                          -1-

4.   The parties agree that defendants are granted an extension up to and including June 14, 2006 within which to respond to the Complaint.

Dated: May 3͞1͞, 2006

THELEN REID & PRIEST LLP

By _____
Paul V. Lankford
Attorneys for Defendant
DORMAN LONG TECHNOLOGY LIMITED

Dated: May ___, 2006

THE ARNS LAW FIRM

**Morgan Smith**
Digitally signed by Morgan Smith
DN: cn=Morgan Smith, c=US, o=The Arns Law Firm, email=mcs@arnslaw.com
Date: 2006.05.31 10:36:11 -07'00'

By _____
Morgan C. Smith
Attorneys for Plaintiffs
ROBERT CLICK and MARIE CLICK

## [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge