```
 1  PAUL V. LANKFORD, CA BAR NO. 181506
    LYNN R. FIORENTINO, CA BAR NO. 226691
 2  THELEN REID & PRIEST LLP
    101 Second Street, Suite 1800
 3  San Francisco, California 94105
    Telephone: (415) 371-1200
 4  Facsimile: (415) 371-1211
    plankford@thelenreid.com
 5  lrfiorentino@thelenreid.com

 6  Attorneys for Defendant
    DORMAN LONG TECHNOLOGY, LIMITED
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT CLICK and MARIE CLICK, | USDC Case No: C 06 1936 SI |
|---|---|
| Plaintiffs, | STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES INCLUDING INITIAL DISCLOSURES |
| vs. | |
| DORMAN LONG TECHNOLOGY, LIMITED et al., | |
| Defendants. | |

This stipulation is made by and between plaintiffs Robert Click and Marie Click ("plaintiffs") and defendants Dorman Long Technology Limited ("DLT"), Michael Charles Wade, David John Rolton, Robert Dodd and David John Dryer (collectively "defendants"), by and through their respective attorneys of record, The Arns Law Firm and Thelen Reid & Priest, LLP.

**RECITALS**

The stipulation is based on the following facts:

1. A Case Management Conference is currently scheduled in this case for July 21, 2006 at 1:30 p.m.

2. Defendants have a pending motion to dismiss and/or strike plaintiffs' complaint, which is scheduled to be heard before this Court on July 21, 2006 at 9:00 a.m.

SF #1081608 v2

-1-

3. The parties agree that the Case Management Conference is continued to August 18, 2006 at ~~1:30 p.m.~~ 2 p.m.

4. The parties further agree that the that the last date to complete initial disclosures, file a Case Management Conference statement, and file/serve a Rule 26(f) report is August 11, 2006.

5. The parties further agree that the last date to meet and confer regarding initial disclosures, early settlement, ADR selection process and discovery plan, and to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is July 28, 2006.

6. The parties agree that by entering into this stipulation the defendants do not waive any of the challenges to jurisdiction or service or process raised in their motion to dismiss.

Dated: June 29, 2006

THELEN REID & PRIEST LLP

By _Lynn R. Fiorentino_
Paul V. Lankford
Lynn R. Fiorentino
Attorneys for Defendant
DORMAN LONG TECHNOLOGY LIMITED

Dated: June 29, 2006

THE ARNS LAW FIRM

By _____
Morgan C. Smith
Attorneys for Plaintiffs
ROBERT CLICK and MARIE CLICK

1 **[PROPOSED] ORDER**

2 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

4 Dated: _____

_____
The Honorable Susan Illston
United States District Judge