**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK, | No. C 06-01936 SI |
| Plaintiff, | **ORDER** |
| v. | |
| DORMAN LONG TECHNOLOGY LTD, et al., | |
| Defendants. | |

Pursuant to Local Rule 3-12(c), this matter is referred to District Judge Phyllis Hamilton for the purpose of considering whether this matter is related to C-05-3037-PJH.

**IT IS SO ORDERED.**

Dated: 7/18/06

SUSAN ILLSTON
United States District Judge