PAUL V. LANKFORD, CA BAR NO. 181506
LYNN R. FIORENTINO, CA BAR NO. 226691
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211
plankford@thelenreid.com
lrfiorentino@thelenreid.com

Attorneys for Defendant
DORMAN LONG TECHNOLOGY, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK and MARIE CLICK,<br><br>Plaintiffs,<br><br>vs.<br><br>DORMAN LONG TECHNOLOGY, LIMITED et al.,<br><br>Defendants. | USDC Case No: C 06 1936 PJH<br><br>**STIPULATION AND P~~ROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES INCLUDING INITIAL DISCLOSURES** |

This stipulation is made by and between plaintiffs Robert Click and Marie Click ("plaintiffs") and defendants Dorman Long Technology Limited ("DLT"), Michael Charles Wade, David John Rolton, Robert Dodd and David John Dryer (collectively "defendants"), by and through their respective attorneys of record, The Arns Law Firm and Thelen Reid & Priest, LLP.

**RECITALS**

The stipulation is based on the following facts:

1. A Case Management Conference is currently scheduled in this case for August 24, 2006 at 2:30 p.m.

2. Defendants have a pending motion to dismiss and/or strike plaintiffs' complaint, which is scheduled to be heard before this Court on September 6, 2006 at 9:00 a.m.

SF #1088205 v1                                -1-

3. The parties agree that the Case Management Conference is continued to September 28, 2006 at 2:30 p.m..

4. The parties further agree that the that the last date to complete initial disclosures, file a joint case management conference statement, and file/serve a joint Rule 26(f) discovery/disclosure report is September 21, 2006.

5. The parties further agree that the last date to meet and confer regarding initial disclosures, early settlement, ADR selection process and discovery plan, and to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is September 7, 2006.

6. The parties agree that by entering into this stipulation the defendants do not waive any of the challenges to jurisdiction or service or process raised in their motion to dismiss.

Dated: ~~July~~ August 4, 2006

THELEN REID & PRIEST LLP

By _____
Paul V. Lankford
Lynn R. Fiorentino
Attorneys for Defendant
DORMAN LONG TECHNOLOGY LIMITED

Dated: ~~July~~ 8/4/06, 2006

THE ARNS LAW FIRM

By _____
Morgan C. Smith
Attorneys for Plaintiffs
ROBERT CLICK and MARIE CLICK

1 [~~PROPOSED~~] ORDER

2 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

4 Dated: 8/8/06 _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA