Robert S. Arns, State Bar No. 65071
Morgan C. Smith, State Bar No. 168146
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs
ROBERT CLICK AND MARIE CLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK AND MARIE CLICK ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DORMAN LONG TECHNOLOGY ) <br> LIMITED ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CV 06-01936-PJH <br><br> **STIPULATION AND REQUEST FOR ORDER SENDING CASE TO MEDIATION** |

/ / /

/ / /

/ / /

1   This case was originally filed under case number No. C-05-00~~707~~-PJH (3037). This
2   second action was filed under case number CV-06-01936-PJH. By order of the court,
3   the original action was dismissed and all activity in the future is to occur under case
4   number CV-06-01936-PJH. At the hearing on the dismissal of the original complaint,
5   the court ordered all matters based on the original complaint off calendar pending
6   resetting in the second action.
7   However, in the original case number No. C-05-00~~707~~-PJH (3037), this matter had been
8   referred to mediation with Michael Traynor to occur on September 19, 2006. The
9   parties are interested in keeping this mediation on calendar as they believe it may result
10  in useful settlement negotiations. Therefore, the parties respectfully request that the
11  mediation for September 19, 2006 be referred through the ADR department under the
12  second complaint, case number CV-06-01936-PJH.
13  IT IS SO STIPULATED

15  DATED: 9/18/06                    THE ARNS LAW FIRM

18                                   By:__/signed by phone authorization/___
19                                          MORGAN C. SMITH
                                            Attorneys for Plaintiff

21  DATED: 9/18/06                    THELEN, REID & PRIEST

24                                   By:    /s/ Paul V. Lankford
25                                          PAUL LANKFORD
                                            Attorneys for Defendant
26                                          DORMAN LONG TECHNOLOGIES
                                            LIMITED

1
2
3          **Order to ~~ADR~~**
4     The Stipulation and request of the parties is hereby adopted by the Court as the
5  Order for the case.  Therefore, this matter will be referred to mediation through the
6  ADR office to have a mediation with Michael Traynor on September 19, 2006 in case
7  number CV-06-01936-PJH.
8
9        9/18/06
   Dated: _____                               _____
10                                                       Phyllis J. Hamilton



-3-