PAUL V. LANKFORD, CA BAR NO. 181506
plankford@thelenreid.com
LYNN R. FIORENTINO, CA BAR NO. 226691
lfiorentino@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
DORMAN LONG TECHNOLOGY, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK and MARIE CLICK,<br><br>Plaintiffs,<br><br>vs.<br><br>DORMAN LONG TECHNOLOGY, LIMITED et al.,<br><br>Defendants. | USDC Case No: C 06 1936 PJH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO UNVERIFIED COMPLAINT FOR DAMAGES, AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

This stipulation is made by and between plaintiffs Robert Click and Marie Click ("plaintiffs") and defendant Dorman Long Technology Limited ("DLT"), by and through their respective attorneys of record, The Arns Law Firm and Thelen Reid & Priest, LLP.

**RECITALS**

The stipulation is based on the following facts:

1. DLT was served with plaintiffs' Unverified Complaint for Damages and Demand for Jury Trial ("the Complaint") on or about April 27, 2006.

2. At the time DLT was served with the Complaint, DLT was already a party defendant to plaintiffs' first complaint, Case No. 05-03037 PJH.

3. The Court granted DLT's motion to dismiss on September 6, 2006, finding that the first complaint, Case No. 05-03037 PJH, was duplicative of the Complaint in the subject action.

4. The parties previously stipulated that DLT had until October 18, 2006 to answer the Complaint in the subject action.

5. The parties agree that DLT is granted a further extension up to and including November 17, 2006 to answer the Complaint in the subject action.

6. The parties reached a tentative settlement agreement at a mediation in this matter and are seeking the approval of the settlement by a workers' compensation insurance carrier in order to finalize the settlement. The parties expect to obtain that approval within 30 days.

7. This case currently has a case management conference set for October 26, 2006 at 2:30 p.m.

8. In light of the further extension DLT has to answer the Complaint, it is stipulated that the case management conference is continued to November 30, 2006 at 2:30 p.m.

9. The joint case management conference statement shall be due on November 22, 2006.

Dated: October 18, 2006

THELEN REID & PRIEST LLP

By    /s/ Paul V. Lankford
Paul V. Lankford
Lynn R. Fiorentino
Attorneys for Defendant
DORMAN LONG TECHNOLOGY LIMITED

Dated: October ___, 2006

THE ARNS LAW FIRM

By /s/Morgan C. Smith
Morgan C. Smith
Attorneys for Plaintiffs
ROBERT CLICK and MARIE CLICK

THELEN REID & PRIEST LLP

Error! Unknown document property name.    -2-
STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO UNVERIFIED COMPLAINT FOR DAMAGES

1

2                              **[~~PROPOSED~~] ORDER**

3   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

4

5   Dated:  10/23/06

6                                                    _____
7                                                    The Honorable

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

THELEN REID
& PRIEST LLP

**Error! Unknown document property name.**   -3-
STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO UNVERIFIED COMPLAINT FOR DAMAGES