UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK and MARIE CLICK, | |
| Plaintiff(s), | No. C06-1936 PJH (BZ) |
| v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| DORMAN LONG TECHNOLOGY LIMITED, et al., | |
| Defendant(s). | |

By Order dated December 15, 2006, Judge Hamilton referred this matter to me to conduct a settlement conference "at the earliest available date" and continued her case management conference to January 25, 2007. Judge Hamilton also ordered National Union Fire Insurance Company to attend the conference along with its counsel. I immediately scheduled a settlement conference for January 4, 2007.

National Union has now requested in writing that the settlement conference be continued because lead counsel is on vacation and will not return until January 10, 2007 and because it did not properly calendar my order and is not certain that it

1

1 | will have a representative with full authority to settle
2 | available.  Counsel for plaintiff has also requested a short
3 | continuance because lead counsel is ill.
4 |     Good cause appearing, **IT IS ORDERED** that the settlement
5 | conference is **continued** to **January 11, 2007 at 9:00 a.m.,** in
6 | Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
7 | Avenue, San Francisco, California 94102.  Any requests for a
8 | longer continuance must be directed to Judge Hamilton.  Judge
9 | Hamilton's previous Order and my previous Settlement Conference
10 | Order otherwise remain in full force and effect.
11 | Dated: January 3, 2007

                                          Bernard Zimmerman
                                  United States Magistrate Judge