UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CLICK and MARIE CLICK,)
)
      Plaintiff(s),    )    No. C06-1936 PJH (BZ)
)
  v.                    )
)
)    **ORDER SCHEDULING**
DORMAN LONG TECHNOLOGY    )    **TELEPHONIC CONFERENCE**
LIMITED, et al.,         )
)
      Defendant(s).    )
)
)

**IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Wednesday, January 31, 2007 at 9:00 a.m.** to discuss the progress of the settlement negotiations. Counsel for plaintiffs shall get counsel for all interested parties on the line and call the court at **415-522-4093**. Only counsel need attend the telephonic conference.

Dated: January 29, 2007

                                      Bernard Zimmerman
                            United States Magistrate Judge

g:\bzall\-refs\refs.07\click tel conf.wpd

1