```
                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


ROBERT CLICK and MARIE CLICK, )
                              )
          Plaintiff(s),       )    No. C06-1936 PJH (BZ)
                              )
     v.                       )
                              )
                              )    ORDER SCHEDULING FURTHER
DORMAN LONG TECHNOLOGY        )    SETTLEMENT CONFERENCE
LIMITED, et al.,              )
                              )
          Defendant(s).       )
                              )
_____)
```

This matter having been referred for a further settlement conference, **IT IS HEREBY ORDERED** as follows:

1. A further settlement conference is scheduled for **Friday, February 9, 2007 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. The previously issued settlement conference order remains in effect except that defendant Dorman need not attend so long as its counsel is available by telephone to answer questions if any arise. And no further settlement conference statements need be filed.

1

3.  The parties are reminded that both Judge Hamilton's order dated January 26, 2007 and my settlement conference order require the persons with full authority to negotiate a settlement attend and that full authority is defined in my settlement conference order dated December 20, 2006.

Dated: January 31, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.07\click further sc.wpd