Robert S. Arns, State Bar No. 65071
Morgan C. Smith, State Bar No. 168146
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs
ROBERT CLICK AND MARIE CLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK and MARIE CLICK,<br><br>Plaintiffs,<br><br>vs.<br><br>DORMAN LONG TECHNOLOGY, LIMITED et al.,<br><br>Defendants. | USDC Case No: C 06 1936 PJH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO DISMISS CASE AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |

This stipulation is made by and between plaintiffs Robert Click and Marie Click ("plaintiffs") and defendant Dorman Long Technology Limited ("DLT"), by and through their respective attorneys of record, The Arns Law Firm and Thelen Reid & Priest, LLP.

**RECITALS**

The stipulation is based on the following facts:

1. This matter has fully settled between the parties, and defendant DORMAN LONG has prepared and sent a release of all claims to plaintiff. Counsel for plaintiffs has reviewed the release and approved of the language and forwarded the release to plaintiffs for signatures.

2. Counsel for plaintiffs yesterday received the release for the longshore case from counsel for the employer Michael Thomas at LAUGHLIN, FABLO, LEVY & MORESI. Counsel for plaintiffs reviewed this release and has forwarded to the plaintiff Robert Click for signature.

Since these releases are necessary to assure a full settlement of all claims, plaintiffs request a 30 day continuance of the case management conference to allow the longshore/workers compensation and the DORMAN LONG release to be signed by plaintiff and defendant's representative in England.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated:  March 15, 2007

                            THELEN REID & PRIEST LLP

                            By   /s/ Lynn R. Fiorentino
                            Paul V. Lankford
                            Lynn R. Fiorentino
                            Attorneys for Defendant
                            DORMAN LONG TECHNOLOGY LIMITED

Dated: March 15, 2007

                            THE ARNS LAW FIRM

                            By   /s/ Morgan C. Smith
                            Morgan C. Smith
                            Attorneys for Plaintiffs
                            ROBERT CLICK and MARIE CLICK

## [~~PROPOSED~~] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED as follows:

1.   The Case Management Conference scheduled for March 22, 2007 at 2:30 pm. is herby continued until April 26, 2007 at 2:30 pm.  A joint CMC statement or a request for dismissal shall be filed by April 16, 2007.

Dated:   03/20/07

                            Honorable Phyllis J. Hamilton
                            United States District Judge