

# AccuRoute ™
*Intelligent* Document Routing

# Mosher Accu Cover Sheet

ED(KRXP-BTTTDCKC-KNSH-PBCT-WKRH-YBWSHDCBTCDT)

Created By:   mmosher@thelenreid.com
Created On:   11/9/2006 2:05:55 PM
Expires On:   4/9/2007
Single Use?   No

**Distribution**
**e-Mail:**
  mmosher@thelenreid.com  OCR.PDF

Filing:

Print:

Fax:

ED(KRXP-BTTTDCKC-KNSH-PBCT-WKRH-YBWSHDCBTCDT)

**Place this Routing Sheet in Front of Hardcopy Document and then Scan or Fax**

PAUL V. LANKFORD, CA BAR NO. 181506
plankford@thelenreid.com
LYNN R. FIORENTINO, CA BAR NO. 226691
lfiorentino@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
DORMAN LONG TECHNOLOGY, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLICK and MARIE CLICK,<br><br>Plaintiffs,<br><br>vs.<br><br>DORMAN LONG TECHNOLOGY, LIMITED et al.,<br><br>Defendants. | USDC Case No: C 06 1936 PJH<br><br>**FURTHER STIPULATION AND PROPOSED ORDER EXTENDING TIME TO DISMISS CASE AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |

This stipulation is made by and between plaintiffs Robert Click and Marie Click ("plaintiffs") and defendant Dorman Long Technology Limited ("DLT"), by and through their respective attorneys of record, The Arns Law Firm and Thelen Reid Brown Raysman & Steiner, LLP.

**RECITALS**

The stipulation is based on the following facts:

1. The matter has fully settled between the parties, and defendant Dorman Long Technology ("DLT") anticipates forwarding the first of two payment installments the week of April 16, 2007.

2. Due to a misunderstanding about the terms of the payment of the settlement as

SF #1257126 v1                                                -1-

1  reflected in the settlement release, DLT has prepared a revised settlement release for plaintiffs'
2  signature.

3      3.   Upon receipt of the first payment installment, plaintiffs will sign the revised
4  settlement release, reflecting the agreed-upon terms of payment by DLT, and will sign a dismissal
5  of DLT from the action, which DLT will then file with the court.

6      4.   To allow the parties time to complete the items reflected in paragraph three above,
7  the parties respectfully request a 14 day continuance of the case management conference, currently
8  set for April 26, 2007.

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
10 "conformed" signature (/S/) within this e-filed document.

11

12 Dated: April 13, 2007

                                                  THELEN REID BROWN RAYSMAN & STEINER LLP

13

14

15                                           By  /s/ Lynn R. Fiorentino
                                                     Paul V. Lankford
16                                                      Lynn R. Fiorentino
                                                     Attorneys for Defendant
17                                                      DORMAN LONG TECHNOLOGY LIMITED

18
19 Dated: April 13, 2007
                                                   THE ARNS LAW FIRM
20

21                                           By  /s/ Jonathan Davis
                                                     Jonathan Davis
22                                                      Attorneys for Plaintiffs
                                                   ROBERT CLICK and MARIE CLICK

23 ///
24 ///
25 ///
26 ///
27 ///
28

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

SF #1257126 v1     -2-
FURTHER STIPULATION AND PROPOSED ORDER EXTENDING TIME TO DISMISS CASE AND CONTINUING CASE MANAGEMENT CONFERENCE DATE

1                              [~~PROPOSED~~] **ORDER**

2   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED as follows:

3          (1)     The Case Management Conference scheduled for April 26, 2007 at 2:30 p.m. is
4   hereby continued to May 10, 2007 at 2:30 p.m. A joint CMC statement or a request for dismissal
5   shall be filed by April 30, 2007.

6   Dated: 4/17/07

*[Seal: United States District Court, Northern District of California]*
*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1257126 v1                                    -3-
FURTHER STIPULATION AND PROPOSED ORDER EXTENDING TIME TO DISMISS CASE AND CONTINUING CASE MANAGEMENT
CONFERENCE DATE