

# AccuRoute ™
*Intelligent* Document Routing

# Mosher Accu Cover Sheet

ED(KRXP-BTTTDCKC-KNSH-PBCT-WKRH-YBWSHDCBTCDT)

Created By: mmosher@thelenreid.com
Created On: 11/9/2006 2:05:55 PM
Expires On: 4/9/2007
Single Use? No

**Distribution**
**e-Mail:**
  mmosher@thelenreid.com  OCR.PDF

Filing:

Print:

Fax:

ED(KRXP-BTTTDCKC-KNSH-PBCT-WKRH-YBWSHDCBTCDT)

Place this Routing Sheet in Front of Hardcopy Document and then Scan or Fax

1  PAUL V. LANKFORD, CA BAR NO. 181506
   plankford@thelen.com
2  LYNN R. FIORENTINO, CA BAR NO. 226691
   lfiorentino@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, California 94105
   Telephone: (415) 371-1200
5  Facsimile: (415) 371-1211

6  Attorneys for Defendant
   DORMAN LONG TECHNOLOGY, LIMITED
7

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROBERT CLICK and MARIE CLICK, | USDC Case No: C 06 1936 PJH |
12 | | |
13 | Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
14 | vs. | |
15 | DORMAN LONG TECHNOLOGY, LIMITED et al., | |
16 | | |
17 | Defendants. | |

SF #1263800 v1

IT IS HEREBY STIPULATED AND AGREED, Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action, plaintiffs ROBERT CLICK and MARIE CLICK and defendant DORMAN LONG TECHNOLOGY, LIMITED, by and through their counsel of record, hereby stipulate and agree that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE in its entirety. Each of the parties shall bear its/their own attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED that the Court will retain jurisdiction only to enforce the terms of the parties' settlement should that become necessary.

**IT IS SO STIPULATED.**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: April 30, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By    /s/ Lynn R. Fiorentino
      Paul V. Lankford
      Lynn R. Fiorentino
      Attorneys for Defendant
      DORMAN LONG TECHNOLOGY LIMITED

Dated: April 30, 2007

THE ARNS LAW FIRM

By    /s/ Morgan Smith
      Morgan Smith
      Attorneys for Plaintiffs
      ROBERT CLICK and MARIE CLICK

**ORDER**

**IT IS SO ORDERED.**

Dated: 5/2/07

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

The Honorable Phyllis J. Hamilton
United States District Judge